| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

GARY MOSELEY,                                  §
                                                         §
              Plaintiff,                            §
                                                         §
*versus*                                            §    CIVIL ACTION NO. 9:25-CV-189
                                                         §
LAURA MORAVITZ,                          §
                                                         §
              Defendant.                          §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Gary Moseley, proceeding *pro se*, filed this civil rights lawsuit against Laura Moravitz. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendant be denied. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#63) is **ADOPTED**. The motion to dismiss (#50) is **DENIED**.

SIGNED at Beaumont, Texas, this 21st day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE